Marc V. Kalagian
Attorney at Law: 149034
Law Offices of
Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: marckalagian_rohlfinglaw@hotmail.com

Attorneys for Plaintiff
Donald Campbell

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD CAMPBELL, | Case No.: EDCV 09-38 OP |
| Plaintiff, | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to «Attorney_Name», as Plaintiff's assignee and subject to the reservation of rights, the amount of $1,400.00, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATE:   December 11, 2009

_____
THE HONORABLE OSWALD PARADA
UNITED STATES MAGISTRATE JUDGE